UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-02135-ACC-RMN

HOWARD COHAN,

    Plaintiff,

vs.

CIRCLE K STORES INC.
a Foreign Profit Corporation
d/b/a CIRCLE K STORE #8955

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, CIRCLE K STORES INC., a Foreign Profit Corporation, d/b/a CIRCLE K STORE #8955, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED January 5, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Kristen A. Taylor** |
| Gregory S. Sconzo, Esq. | Kristen A. Taylor |
| Florida Bar No.: 0105553 | Florida Bar No. 1019775 |
| Sconzo Law Office, P.A. | McDermott Will & Emery LLP |
| 3825 PGA Boulevard, Suite 207 | 1180 Peachtree Street NE, Suite 3350 |
| Palm Beach Gardens, FL 33410 | Atlanta, GA 30309 |

| | |
|---|---|
| Telephone: (561) 729-0940 | Phone: (404) 260-8580 |
| Facsimile: (561) 491-9459 | kataylor@mwe.com |
| Email: greg@sconzolawoffice.com | Counsel for Defendant Circle K Stores |
| Email: mcniff@sconzolawoffice.com | Inc. |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                **/s/ Gregory S. Sconzo**
                                                **Gregory S. Sconzo, Esq.**