# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HOWARD COHAN,**

      **Plaintiff,**

**v.**                                                    Case No.   6:23-cv-2135-ACC-RMN

**CIRCLE K STORES INC.,**

      **Defendant.**

___

## ORDER OF DISMISSAL

The Court has been advised **jointly by both parties** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b) M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 8, 2024.

*[Signature]*
ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**

Counsel of Record